UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Michelle Labayen
Law Office of Michelle Labayen PC
24 COmmerce Street, Suite 530
Newark, NJ 07102
973-622-1584
njchapter7@gmail.com

**Order Filed on May 8, 2018 by
Clerk, U.S. Bankruptcy Court -
District of New Jersey**

In Re:

Nicole Davis

Case No.: 18-14689

Chapter: 7

Judge: Stacey Meisel

## ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: May 8, 2018**

*/s/ Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

After review of the application of _____Michelle Labayen_____ for the reduction of time for a hearing on Motion to Convert _____

_____ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on May 15, 2018 at 10:00 a.m. in the United States Bankruptcy Court, 50 Walnut Street, 3rd Floor, Newark, N.J. 07102, Courtroom No. 3A.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: All creditors and their counsel, if known, U.S. Trustee, Chapter 7 Trustee, Chapter 13 Trustee, and all parties having filed a Notice of Appearance.

by ☐ each, ☒ any of the following methods selected by the Court:

☒ fax, ☒ overnight mail, ☐ regular mail, ☒ email, ☒ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:

_____

_____

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☐ regular mail, ☐ email, ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

　　☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

　　☒ may be presented orally at the hearing.

8.　☒ Court appearances are required to prosecute the motion/application and any objections.

　　☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*