Form 169 – ntccovert

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−14689−SLM
Chapter: 7
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Nicole Davis
   545 McChesney Street
   Orange, NJ 07050

Social Security No.:
   xxx−xx−1832

Employer's Tax I.D. No.:

## NOTICE OF HEARING
## ON APPLICATION/MOTION TO CONVERT CASE

   An application/motion to convert the above−captioned case from Chapter 7 to Chapter 13, has been filed by Michelle Labayen on behalf of Nicole Davis.

   Notice is hereby given that the Court will conduct a hearing on this matter to determine the application/motion for conversion N/A before the Honorable Stacey L. Meisel on:

Date:
Time:
Location:

Dated: May 10, 2018
JAN:

                                                  Jeanne Naughton
                                                  Clerk

```
                              United States Bankruptcy Court
                                    District of New Jersey

In re:                                                                  Case No. 18-14689-SLM
Nicole Davis                                                            Chapter 7
        Debtor                    CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin                 Page 1 of 2           Date Rcvd: May 10, 2018
                               Form ID: 169                Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 12, 2018.
db             +Nicole Davis,    545 McChesney Street,    Orange, NJ 07050-1218
517380040      +Amex,    Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
517380042      +Barclays Bank Delaware,     100 S West St,    Wilmington, DE 19801-5015
517380043      +Capital One,    Attn: General Correspondence/Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
517380044      +Cavalry Services, LLC,     PO Box 27288,    Tempe, AZ 85285-7288
517380046      +City of Orange Township,     8189 Adams Dr.,    Hummelstown, PA 17036-8625
517380049      +Equifax,    POB 740241,    Atlanta, GA 30374-0241
517380050      +Experian,    475 Anton Blvd,    Costa Mesa, CA 92626-7037
517380051      +FedLoan Servicing,    Attention: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
517380052      +Horizon Blue Cross,    PO Box 317,    Newark, NJ 07101-0317
517380054      +KML Law Group PC,    216 Haddon Avenue, ste 406,    Collingswood, NJ 08108-2812
517380055      +Lincoln Court LLC,    357 Lincoln Ave,    Orange, NJ 07050-2377
517380058      +New Jersey Gross Income Tax,    P.O Box 046,    Trenton, NJ 08646-0046
517380732      +Orion,    c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517380060      +PSE&G,    PO Box 14444,    New Brunswick, NJ 08906-4444
517380063      +Tempoe Llc,    1750 Elm St #1200,    Manchester, NH 03104-2907
517380064      +TransUnion,    555 W. Adams Street,    Chicago, IL 60661-3631
517380065      +Trident Asset Management,    Attn: Bankruptcy,    Po Box 888424,    Atlanta, GA 30356-0424

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 10 2018 23:27:36       U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 10 2018 23:27:34      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/Text: bnc@atlasacq.com May 10 2018 23:26:59       Atlas Acquisitions LLC,
                 294 Union Street,    Attn: Avi Schild,    Hackensack, NJ 07601-4303
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 10 2018 23:35:00       Orion,
                 c/o PRA Receivables Management LLC,    POB 41021,    Norfolk, VA 23541-1021
517380041      +E-mail/Text: g20956@att.com May 10 2018 23:28:12       AT&T,   P.O Box 537104,
                 Atlanta, GA 30353-7104
517380039      +E-mail/Text: EBNProcessing@afni.com May 10 2018 23:27:45       Afni,   Attn: Bankruptcy,
                 Po Box 3097,    Bloomington, IL 61702-3097
517414045      +E-mail/Text: bnc@atlasacq.com May 10 2018 23:26:59       Atlas Acquisitions LLC,   294 Union St.,
                 Hackensack, NJ 07601-4303
517380045      +Fax: 602-659-2196 May 10 2018 23:40:12       Chex System,   7805 Hudson Road,   suite 100,
                 Saint Paul, MN 55125-1703
517380047      +E-mail/Text: Bankruptcy.Consumer@dish.com May 10 2018 23:27:33       Dish,   PO Box 94063,
                 Palatine, IL 60094-4063
517380048      +E-mail/Text: bankruptcynotices@dcicollect.com May 10 2018 23:28:11
                 Diversified Consultants, Inc.,    Diversified Consultants, Inc.,   Po Box 551268,
                 Jacksonville, FL 32255-1268
517380053      +E-mail/Text: cio.bncmail@irs.gov May 10 2018 23:27:09       Internal Revenue Service,
                 P.O. Box 804527,    Cincinnati, OH 45280-4527
517380056       E-mail/Text: camanagement@mtb.com May 10 2018 23:27:25       M & T Bank,   Po Box 844,
                 Buffalo, NY 14240
517380057      +E-mail/Text: bankruptcydpt@mcmcg.com May 10 2018 23:27:34       Midland funding LLC,
                 8875 Aero Drive,    Suite 200,    San Diego, CA 92123-2255
517380059      +E-mail/Text: nffcu@optonline.net May 10 2018 23:27:39       Newark Fireman FCU,   Po Box 5086,
                 Newark, NJ 07105-0086
517380062       E-mail/Text: appebnmailbox@sprint.com May 10 2018 23:27:31       Sprint,   P.O. Box 4191,
                 Carol Stream, IL 60197
517380066      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 10 2018 23:26:50
                 Verizon Wireless Bankruptcy,    Administration,    500 Technology Drive,   Suite 550,
                 Saint Charles, MO 63304-2225
                                                                                               TOTAL: 16

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517380061      ##+Security Check,    2612 Jackson Ave W,    Oxford, MS 38655-5405
                                                                                         TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0312-2          User: admin              Page 2 of 2         Date Rcvd: May 10, 2018
                              Form ID: 169             Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 7, 2018 at the address(es) listed below:
          David    Wolff    dwtrustee@verizon.net, NJ50@ecfcbis.com
          Denise E. Carlon    on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Kevin Gordon McDonald    on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC
           kmcdonald@blankrome.com, bkgroup@kmllawgroup.com
          Michelle   Labayen    on behalf of Debtor Nicole  Davis njchapter7@gmail.com,
           benitezgiovanna@gmail.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                         TOTAL: 5
```