UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.,Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Bayview Loan Servicing, LLC

In Re:

Nicole Davis,

Debtor.

Case No.: 18-14689-SLM

Adv. Pro. No.: _____

Chapter: 7

Hearing Date: 05/15/2018

Judge: Meisel

## ADJOURNMENT REQUEST

1. I, _____Denise Carlon, Esq._____,

   ☒ am the attorney for: _____movant, Bayview Loan Servicing, LLC_____,

   ☐ am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Motion for Relief from Stay re: 545 Mcchesney St., Docket # 9

   Current hearing date and time: 5/15/2018 at 10:00 a.m.

   New date requested: 6/12/2018 @ 10:00 a.m.

   Reason for adjournment request: There is a pending motion to convert this to a Chapter 13 case, which may result in the withdrawal of this motion if the case is converted.

2. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: 5/10/2018                                    /s/ Denise Carlon
                                                   Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted           New hearing date: June 12, 2018           ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____   ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*

2