UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)
Michelle Labayen (ML 2960)
Law office of Michelle Labayen PC
24 Commerce Street Suite 530
Newark, NJ 07102
973-622-1584

**Order Filed on May 15, 2018 by
Clerk, U.S. Bankruptcy Court -
District of New Jersey**

In Re:

Nicole Davis

Case No.: 18-14689

Hearing Date: May 15, 2018

Judge: Meisel

Chapter: 7

## ORDER CONVERTING CASE TO CHAPTER 13

The relief set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: May 15, 2018**

_/s/ Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Upon the motion of ___Debtor Nicole Davis by through her attorney Michelle Labayen___ and for good cause shown, it is

ORDERED that this case is converted from chapter __7__ to chapter 13, and it is further

ORDERED that within 14 days of the date of this Order the debtor shall file amendments to previously filed schedules and statements as necessary, and it is further

❏ ORDERED that if the case is converting from chapter 7, and the fee under that chapter was waived by prior order of this court, the debtor must pay the chapter 13 filing fee in the amount of _____ in full or file an Application to Pay in Installments within 14 days of the date of this order or the case will be reconverted to chapter 7 without further notice, and it is further

ORDERED that the chapter 7 trustee shall:

☒ immediately turn over to the debtor all records and property of the estate in his/her custody or control,

☒ within 30 days of the date of this order, file an accounting of all receipts and distributions made, together with a report on the administration of the case as required by 11 U.S.C. § 704(a)(9),

☒ within 30 days of the date of this Order, file a Request For Payment of Administrative Expenses, if appropriate, it is further

2

ORDERED that:

☒ the case shall not be dismissed in the event the debtor is unsuccessful in confirming and completing a plan, but shall be reconverted,

☒ the conversion is conditioned upon payment by the debtor(s), through the Chapter 13 plan, of all allowed chapter 7 administrative expenses, and it is further

ORDERED that within 14 days of the date of this Order the debtor shall file:

- a Chapter 13 Plan and Motions, and

- if this case was originally filed on or after October 17, 2005, a *Statement of Monthly Income and Calculation of Commitment Period and Disposable Income* as required by Fed. R. Bankr. P. 1007(b)(5), and it is further,

ORDERED that if the debtor fails to file the documents set forth above within 14 days of the date of this Order, the case shall be converted to chapter 7 by the Court without further notice. If you object to the reconversion of the case, you may submit a response in writing setting forth the reasons why reconversion would not be proper. Such response must be received by the court prior to the expiration of the 14 day submission period.

*rev.12/1/09*