UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg MAG-1284
Chapter 13 Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840



**Order Filed on July 30, 2018 by
Clerk, U.S. Bankruptcy Court -
District of New Jersey**

IN RE:

  NICOLE DAVIS

**Case No.:  18-14689SLM**

**Hearing Date:  7/25/2018**

**Judge:  STACEY L. MEISEL**

## INTERIM ORDER ON CONFIRMATION HEARING

The relief set forth on the following pages, numbered two (2)  is hereby ORDERED.

**DATED: July 30, 2018**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s):  NICOLE DAVIS

Case No.:  18-14689SLM

Caption of Order:    INTERIM ORDER ON CONFIRMATION HEARING

THIS MATTER having been scheduled before the Court on 07/25/2018 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that if the Court's Docket does not reflect that a Modified Plan has been filed by  8/1/2018, the instant case shall be dismissed without further hearing or notice to debtor(s) and debtor's attorney; and it is further
- ORDERED, that the Debtor must become current with payments to the Standing Trustee by 8/1/2018 or the case will be dismissed upon certification of the Standing Trustee with 14 days notice to debtor(s) and debtor's attorney; and it is further
- ORDERED, that if satisfied, the Confirmation Hearing will be adjourned to 9/12/2018 at 9:00 a.m..