Last revised: August 1, 2017

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

IN RE: **Nicole Davis**  Case No.: **18-14689**
Judge: **Meisel**

Debtor(s)

## CHAPTER 13 PLAN AND MOTIONS

☑ Original  ☑ Modified/Notice Required  Date: **7/30/2018**
☐ Motions Included  ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

**YOUR RIGHTS WILL BE AFFECTED.**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

THIS PLAN:

☐ DOES ☑ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☑ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☑ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney **ml**    Initial Debtor: **N D**    Initial Co-Debtor _____

## Part 1: Payment and Length of Plan

a. The debtor shall pay **200.00 Monthly** to the Chapter 13 Trustee, starting on **June 15, 2018** for approximately **60** months.

b. The debtor shall make plan payments to the Trustee from the following sources:

☑ Future Earnings
☐ Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:
☐ Sale of real property
Description:
Proposed date for completion: _____

☐ Refinance of real property:
Description:
Proposed date for completion: _____

☑ Loan modification with respect to mortgage encumbering property:
Description: 545 McCheney Street, Orange NJ 07050
Proposed date for completion: Dec 30, 2018

d. ☑ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

## Part 2: Adequate Protection    ☒ NONE

a. Adequate protection payments will be made in the amount of $____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ____ (creditor).

b. Adequate protection payments will be made in the amount of $____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: ____ (creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| **Michelle Labayen 2960** | **Attorney Fees** | **1,500.00** |
| **Internal Revenue Service** | **Taxes and certain other debts** | **0.00** |
| **New Jersey Gross Income Tax** | **Taxes and certain other debts** | **0.00** |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:
☑ None
☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|

**Part 4: Secured Claims**

**a. Curing Default and Maintaining Payments on Principal Residence:** ☐ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearag | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| M&T Bank C/O Byaview Loan Servicing<br>PO Box 840<br>Buffalo NY 14240 | 545 Mcchesney Street Orange, NJ 07050  Essex County<br>Debtor's Residence<br>Purchase Date 01/11/2008<br>Purchase Price $232,000.00<br>To be Reaffirm | $41,602.34 | o | 0 pending loss mitigaton | 1126 |

**b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:** ☑ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| | | | | | |

**c. Secured claims excluded from 11 U.S.C. 506:** ☑ **NONE**

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
| | | | | |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☑ **NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|
| -NONE- | | | | | | | |

   2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☑ NONE

   Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| | | | |

**f. Secured Claims Unaffected by the Plan** ☐ NONE

   The following secured claims are unaffected by the Plan:

Creditor
**Newark Fireman FCU**

**g. Secured Claims to be Paid in Full Through the Plan** ☑ NONE

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| | | |

## Part 5: Unsecured Claims    X NONE

   a. **Not separately classified** allowed non-priority unsecured claims shall be paid:
   ☐   Not less than $____ to be distributed *pro rata*

   ☐   Not less than ___ percent

   ☑   *Pro Rata* distribution from any remaining funds

   b. **Separately Classified Unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| | | | |

## Part 6: Executory Contracts and Unexpired Leases    X NONE

   (NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

   All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| Newark Fireman FCU | 0 | car contract | paid outside of plan | 370 |

## Part 7: Motions    X NONE

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                     Best Case Bankruptcy

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal,* within the time and in the manner set forth in D.N.J. LBR 3015-1.** *A Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* **must be filed with the Clerk of Court when the plan and transmittal notice are served.**

   a. **Motion to Avoid Liens under 11 U.S.C. Section 522(f).** ☑ **NONE**
   The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|

   b. **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☑ **NONE**

   The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|

   c. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☑ **NONE**

   The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|

## Part 8:  Other Plan Provisions

   a. **Vesting of Property of the Estate**
      ☑ Upon Confirmation
      ☐ Upon Discharge

   b. **Payment Notices**
   Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

   c. **Order of Distribution**

   The Standing Trustee shall pay allowed claims in the following order:
   1) **Ch. 13 Standing Trustee Commissions**
   2) **Other Administrative Claims**
   3) **Secured Claims**
   4) **Lease Arrearages**
   5) **Priority Claims**

5

6) **General Unsecured Claims**

**d. Post-Petition Claims**

The Standing Trustee ☐ is, ☑ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

### Part 9: Modification    ☒ NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.
Date of Plan being modified: _____.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| | |

Are Schedules I and J being filed simultaneously with this Modified Plan?   ☐ Yes   ☑ No

### Part 10: Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures
☑ NONE
☐ Explain here:
Any non-standard provisions placed elsewhere in this plan are void.

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Certification.

I certify under penalty of perjury that the plan contains no non-standard provisions other than those set forth in this final paragraph.

Date    **July 30, 2018**    /s/ Michelle Labayen
                             **Michelle Labayen 2960**
                             Attorney for the Debtor

Date:   **July 30, 2018**    /s/ Nicole DAvis
                             **Nicole Davis**
                             Debtor

Date:   _____        _____
                             Joint Debtor

### Signatures

The Debtor(s) and the attorney for the Debtor(s) if any, must sign this Plan.

Date    **July 30 2018**    /s/ Michelle Labayen
                            **Michelle Labayen 2960**
                            Attorney for the Debtor

I certify under penalty of perjury that the above is true.

Date:   **july 30, 2018**   /s/ Nicole Davis
                            **Nicole Davis**
                            Debtor

Date:   _____       _____
                            Joint Debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-14689-SLM
Nicole Davis                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 2    Date Rcvd: Jul 31, 2018
                Form ID: pdf901   Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2018.
```
db             +Nicole Davis,    545 McChesney Street,    Orange, NJ 07050-1218
cr             +Newark Firemen Federal Credit Union,    c/o,    Neal M. Ruben, Esq.,    179 Avenue at the Common,
                Suite 201,    Shrewsbury, NJ 07702-4558
517380040      +Amex,    Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
517380042      +Barclays Bank Delaware,    100 S West St,    Wilmington, DE 19801-5015
517659120       Bayview Loan Servicing, LLC,    Bankruptcy Department,    P.O. Box 840,    Buffalo, NY 14240-0840
517380044      +Cavalry Services, LLC,    PO Box 27288,    Tempe, AZ 85285-7288
517380046      +City of Orange Township,    8189 Adams Dr.,    Hummelstown, PA 17036-8625
517380049      +Equifax,    POB 740241,    Atlanta, GA 30374-0241
517380050      +Experian,    475 Anton Blvd,    Costa Mesa, CA 92626-7037
517380051      +FedLoan Servicing,    Attention: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
517380052      +Horizon Blue Cross,    PO Box 317,    Newark, NJ 07101-0317
517380054      +KML Law Group PC,    216 Haddon Avenue, ste 406,    Collingswood, NJ 08108-2812
517639011      +Laridian Consulting, Inc.,    c/o Fein Such Kahn & Shepard PC,    7 Century Dr., Suite 201,
                Parsippany, NJ 07054-4609
517380055      +Lincoln Court LLC,    357 Lincoln Ave,    Orange, NJ 07050-2377
517380058      +New Jersey Gross Income Tax,    P.O Box 046,    Trenton, NJ 08646-0046
517380732      +Orion,    c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517380060      +PSE&G,    PO Box 14444,    New Brunswick, NJ 08906-4444
517380063      +Tempoe Llc,    1750 Elm St #1200,    Manchester, NH 03104-2907
517380064      +TransUnion,    555 W. Adams Street,    Chicago, IL 60661-3631
517380065      +Trident Asset Management,    Attn: Bankruptcy,    Po Box 888424,    Atlanta, GA 30356-0424
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 01 2018 00:27:00     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 01 2018 00:26:58     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
cr             +E-mail/Text: bnc@atlasacq.com Aug 01 2018 00:26:10     Atlas Acquisitions LLC,
                294 Union Street,    Attn: Avi Schild,    Hackensack, NJ 07601-4303
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 01 2018 00:29:52     Orion,
                c/o PRA Receivables Management LLC,    POB 41021,    Norfolk, VA 23541-1021
517380041      +E-mail/Text: g20956@att.com Aug 01 2018 00:27:33     AT&T,    P.O Box 537104,
                Atlanta, GA 30353-7104
517380039      +E-mail/Text: EBNProcessing@afni.com Aug 01 2018 00:27:09     Afni,    Attn: Bankruptcy,
                Po Box 3097,    Bloomington, IL 61702-3097
517414045      +E-mail/Text: bnc@atlasacq.com Aug 01 2018 00:26:09     Atlas Acquisitions LLC,    294 Union St.,
                Hackensack, NJ 07601-4303
517540593       E-mail/PDF: resurgentbknotifications@resurgent.com Aug 01 2018 00:30:27     CACH, LLC,
                c/o Resurgent Capital Services,    P O Box 10675,    Greenville, SC 29603-0675
517380043      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 01 2018 01:30:37     Capital One,
                Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517543853      +E-mail/Text: bankruptcy@cavps.com Aug 01 2018 00:27:19     Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
517380045      +Fax: 602-659-2196 Aug 01 2018 01:15:11     Chex System,    7805 Hudson Road,    suite 100,
                Saint Paul, MN 55125-1703
517380047      +E-mail/Text: Bankruptcy.Consumer@dish.com Aug 01 2018 00:26:56     Dish,    PO Box 94063,
                Palatine, IL 60094-4063
517380048      +E-mail/Text: bankruptcynotices@dcicollect.com Aug 01 2018 00:27:33
                Diversified Consultants, Inc.,    Diversified Consultants, Inc.,    Po Box 551268,
                Jacksonville, FL 32255-1268
517380053      +E-mail/Text: cio.bncmail@irs.gov Aug 01 2018 00:26:26     Internal Revenue Service,
                P.O. Box 804527,    Cincinnati, OH 45280-4527
517380056       E-mail/Text: camanagement@mtb.com Aug 01 2018 00:26:33     M & T Bank,    Po Box 844,
                Buffalo, NY 14240
517380057      +E-mail/Text: bankruptcydpt@mcmcg.com Aug 01 2018 00:26:57     Midland funding LLC,
                8875 Aero Drive,    Suite 200,    San Diego, CA 92123-2255
517380059      +E-mail/Text: nffcu@optonline.net Aug 01 2018 00:27:02     Newark Fireman FCU,    Po Box 5086,
                Newark, NJ 07105-0086
517654235      +E-mail/Text: nffcu@optonline.net Aug 01 2018 00:27:02     Newark Firemen Federal Credit Union,
                PO Box 5086,    Newark, New Jersey 07105-0086
517574321      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 01 2018 00:43:29
                Orion Portfolio Services LLC,    c/o PRA Receivables Management, LLC,    PO Box 41021,
                Norfolk, VA 23541-1021
517380062       E-mail/Text: appebnmailbox@sprint.com Aug 01 2018 00:26:55     Sprint,    P.O. Box 4191,
                Carol Stream, IL 60197
517380066      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 01 2018 00:26:00
                Verizon Wireless Bankruptcy,    Administration,    500 Technology Drive,    Suite 550,
                Saint Charles, MO 63304-2225
                                                                                               TOTAL: 21
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Jul 31, 2018
                              Form ID: pdf901          Total Noticed: 41
```

```
            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517609916*     +Atlas Acquisitions LLC,    294 Union St.,    Hackensack, NJ 07601-4303
517380061    ##+Security Check,    2612 Jackson Ave W,    Oxford, MS 38655-5405
                                                                                        TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 31, 2018 at the address(es) listed below:
              Denise E. Carlon     on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald     on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC
               kmcdonald@blankrome.com,   bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Michelle Labayen     on behalf of Debtor Nicole  Davis njchapter7@gmail.com,
               benitezgiovanna@gmail.com
              Neal M. Ruben     on behalf of Creditor    Newark Firemen Federal Credit Union rubes13@aol.com
              Phillip Andrew Raymond     on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC
               phillip.raymond@mccalla.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 7
```