| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on January 16,<br>2019 by Clerk, U.S. Bankruptcy<br>Court - District of New Jersey |
| IN RE:<br>　　NICOLE DAVIS | Case No.:  18-14689 SLM<br><br>HEARING DATE:  11/14/2018<br><br>Judge:  STACEY L. MEISEL |

### ORDER TO RECONVERT CHAPTER 13 CASE TO CHAPTER 7

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

**DATED: January 16, 2019**

　　　　　　　　　　　　　　　　　　　　　／s／ Stacey L. Meisel
　　　　　　　　　　　　　　　　　　　　　Honorable Stacey L. Meisel
　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

Debtor(s): NICOLE DAVIS

Case No.: 18-14689

Caption of Order:  ORDER TO RECONVERT CHAPTER 13 CASE TO CHAPTER 7

---

THIS MATTER having been scheduled before the Court for a Hearing on Trustee's Motion to Dismiss Case, and good and sufficient cause having been shown, it is:

ORDERED, that the case shall be reconverted to Chapter 7.

ORDERED, that the appointment of Marie-Ann Greenberg is hereby terminated.

ORDERED, that within 120 days of the date of this Order, the Chapter 13 Trustee shall file a Final Report including an accounting of all receipts and distributions, or a statement indicating why the report can not be filed.

ORDERED, that the Chapter 13 Trustee shall return any funds on hand to the debtor within 30 days of the date of this Order, unless an objection is filed with the Court and served upon the Trustee within that time.

ORDERED, that within 15 days the debtor shall file:

- amendments to previously filed schedules and statements as necessary,
- all schedules and statements required by 11 U.S.C. 521(a), if such documents have not already been filed, and
- a schedule of all property which was acquired after the commencement of the case, but before the entry of this Order, and
- a schedule of executory contracts and unexpired leases entered into or assumed after the commencement of the case, but before the entry of this Order, and
- a schedule of unpaid debts incurred after the commencement of the case, but before the entry of this Order.