UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

Order Filed on January 16, 2019 by Clerk, U.S. Bankruptcy Court - District of New Jersey

IN RE:

NICOLE DAVIS

Case No.:  18-14689 SLM

HEARING DATE:  11/14/2018

Judge:  STACEY L. MEISEL

## ORDER TO RECONVERT CHAPTER 13 CASE TO CHAPTER 7

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

**DATED: January 16, 2019**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s): NICOLE DAVIS

Case No.: 18-14689

Caption of Order: ORDER TO RECONVERT CHAPTER 13 CASE TO CHAPTER 7

---

THIS MATTER having been scheduled before the Court for a Hearing on Trustee's Motion to Dismiss Case, and good and sufficient cause having been shown, it is:

ORDERED, that the case shall be reconverted to Chapter 7.

ORDERED, that the appointment of Marie-Ann Greenberg is hereby terminated.

ORDERED, that within 120 days of the date of this Order, the Chapter 13 Trustee shall file a Final Report including an accounting of all receipts and distributions, or a statement indicating why the report can not be filed.

ORDERED, that the Chapter 13 Trustee shall return any funds on hand to the debtor within 30 days of the date of this Order, unless an objection is filed with the Court and served upon the Trustee within that time.

ORDERED, that within 15 days the debtor shall file:

- amendments to previously filed schedules and statements as necessary,
- all schedules and statements required by 11 U.S.C. 521(a), if such documents have not already been filed, and
- a schedule of all property which was acquired after the commencement of the case, but before the entry of this Order, and
- a schedule of executory contracts and unexpired leases entered into or assumed after the commencement of the case, but before the entry of this Order, and
- a schedule of unpaid debts incurred after the commencement of the case, but before the entry of this Order.

2

United States Bankruptcy Court
District of New Jersey

In re:  
Nicole Davis  
    Debtor

Case No. 18-14689-SLM  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2   User: admin   Page 1 of 1   Date Rcvd: Jan 16, 2019  
                     Form ID: pdf903   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2019.  
db        +Nicole Davis, 545 McChesney Street, Orange, NJ 07050-1218

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2019                     Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 16, 2019 at the address(es) listed below:  
      Denise E. Carlon    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Kevin Gordon McDonald    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC kmcdonald@blankrome.com, bkgroup@kmllawgroup.com  
      Marie-Ann Greenberg    magecf@magtrustee.com  
      Michelle Labayen    on behalf of Debtor Nicole Davis michelle@labayenlaw.com, benitezgiovanna@gmail.com  
      Neal M. Ruben    on behalf of Creditor    Newark Firemen Federal Credit Union rubes13@aol.com  
      Phillip Andrew Raymond    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC phillip.raymond@mccalla.com  
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
    TOTAL: 7