UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  Nicole Davis                                    Case No.: 18-14689 (SLM)

                                                        Chapter:  7

                                                        Judge:    Stacey L. Meisel

## NOTICE OF PROPOSED ABANDONMENT

Charles M. Forman, Chapter 7 Trustee in this case, proposes to abandon Property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:
> James J. Waldron
> United States Bankruptcy Court
> MLK Jr. Federal Building
> 50 Walnut Street
> Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable Stacey L. Meisel on March 26, 2019, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 3A. (Hearing date must be at least 28 days from the date of this notice).  If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

> Description and value of property:
>
> Real property located at 545 McChesney Street, Orange, NJ, having a fair market value of $120,000.00.

> Liens on property:
> M & T Bank
> $421,397.00

> Amount of equity claimed as exempt:  $23,675.00

Objections must be served on, and requests for additional information directed to:

Name:  Charles M. Forman, Trustee
Address:  Forman Holt, 66 Route 17 North, Paramus, NJ 07652
Telephone No.:  201-845-1000

F0038623 - 1

```
                          United States Bankruptcy Court
                              District of New Jersey
In re:                                                             Case No. 18-14689-SLM
Nicole Davis                                                       Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2         User: admin                Page 1 of 2           Date Rcvd: Feb 19, 2019
                             Form ID: pdf905            Total Noticed: 45


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 21, 2019.
db             +Nicole Davis,    545 McChesney Street,    Orange, NJ 07050-1218
cr             +Newark Firemen Federal Credit Union,    c/o,   Neal M. Ruben, Esq.,    179 Avenue at the Common,
                 Suite 201,    Shrewsbury, NJ 07702-4558
517380040      +Amex,   Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
517380042      +Barclays Bank Delaware,    100 S West St,    Wilmington, DE 19801-5015
517659120       Bayview Loan Servicing, LLC,    Bankruptcy Department,    P.O. Box 840,    Buffalo, NY 14240-0840
517380044      +Cavalry Services, LLC,    PO Box 27288,    Tempe, AZ 85285-7288
517380046      +City of Orange Township,    8189 Adams Dr.,    Hummelstown, PA 17036-8625
517380049      +Equifax,    POB 740241,    Atlanta, GA 30374-0241
517380050      +Experian,    475 Anton Blvd,    Costa Mesa, CA 92626-7037
517380051      +FedLoan Servicing,    Attention: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
517380052      +Horizon Blue Cross,    PO Box 317,    Newark, NJ 07101-0317
517380054      +KML Law Group PC,   216 Haddon Avenue, ste 406,     Collingswood, NJ 08108-2812
517639011      +Laridian Consulting, Inc.,    c/o Fein Such Kahn & Shepard PC,    7 Century Dr., Suite 201,
                 Parsippany, NJ 07054-4609
517380055      +Lincoln Court LLC,    357 Lincoln Ave,    Orange, NJ 07050-2377
517891773      +NJSVS Surcharge Violation,    System Office,    PO Box 136,    Trenton, NJ 08666-0136
517380058      +New Jersey Gross Income Tax,    P.O Box 046,    Trenton, NJ 08646-0046
517380732      +Orion,   c/o of PRA Receivables Management, LLC,     PO Box 41021,    Norfolk, VA 23541-1021
517380060      +PSE&G,    PO Box 14444,    New Brunswick, NJ 08906-4444
517747747     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,     Department of the Treasury,
                 Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
517380063      +Tempoe Llc,    1750 Elm St #1200,    Manchester, NH 03104-2907
517380064      +TransUnion,    555 W. Adams Street,    Chicago, IL 60661-3631
517380065      +Trident Asset Management,    Attn: Bankruptcy,    Po Box 888424,    Atlanta, GA 30356-0424

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 20 2019 02:05:10     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 20 2019 02:05:08      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/Text: bnc@atlasacq.com Feb 20 2019 02:04:12     Atlas Acquisitions LLC,
                 294 Union Street,    Attn: Avi Schild,    Hackensack, NJ 07601-4303
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 20 2019 02:11:52      Orion,
                 c/o PRA Receivables Management LLC,    POB 41021,    Norfolk, VA 23541-1021
517380041      +E-mail/Text: g20956@att.com Feb 20 2019 02:05:40     AT&T,    P.O Box 537104,
                 Atlanta, GA 30353-7104
517380039      +E-mail/Text: EBNProcessing@afni.com Feb 20 2019 02:05:16     Afni,    Attn: Bankruptcy,
                 Po Box 3097,    Bloomington, IL 61702-3097
517414045      +E-mail/Text: bnc@atlasacq.com Feb 20 2019 02:04:12     Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
517912362      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Feb 20 2019 02:05:33
                 Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd.,    5th Floor,    Coral Gables, FL 33146,
                 Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd. 33146-1837
517912361      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Feb 20 2019 02:05:33
                 Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd.,    5th Floor,
                 Coral Gables, FL 33146-1837
517540593       E-mail/PDF: resurgentbknotifications@resurgent.com Feb 20 2019 02:11:57      CACH, LLC,
                 c/o Resurgent Capital Services,    P O Box 10675,    Greenville, SC 29603-0675
517380043      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 20 2019 02:10:52      Capital One,
                 Attn: General Correspondence/Bankruptcy,     Po Box 30285,    Salt Lake City, UT 84130-0285
517543853      +E-mail/Text: bankruptcy@cavps.com Feb 20 2019 02:05:24     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
517380045      +Fax: 602-659-2196 Feb 20 2019 02:29:13     Chex System,    7805 Hudson Road,    suite 100,
                 Saint Paul, MN 55125-1703
517380047      +E-mail/Text: Bankruptcy.Consumer@dish.com Feb 20 2019 02:05:06      Dish,   PO Box 94063,
                 Palatine, IL 60094-4063
517380048      +E-mail/Text: bankruptcynotices@dcicollect.com Feb 20 2019 02:05:39
                 Diversified Consultants, Inc.,    Diversified Consultants, Inc.,    Po Box 551268,
                 Jacksonville, FL 32255-1268
517380053      +E-mail/Text: cio.bncmail@irs.gov Feb 20 2019 02:04:32     Internal Revenue Service,
                 P.O. Box 804527,    Cincinnati, OH 45280-4527
517380056       E-mail/Text: camanagement@mtb.com Feb 20 2019 02:04:44     M & T Bank,    Po Box 844,
                 Buffalo, NY 14240
517380057      +E-mail/Text: bankruptcydpt@mcmcg.com Feb 20 2019 02:05:07     Midland funding LLC,
                 8875 Aero Drive,    Suite 200,    San Diego, CA 92123-2255
517380059      +E-mail/Text: nffcu@optonline.net Feb 20 2019 02:05:11     Newark Fireman FCU,     Po Box 5086,
                 Newark, NJ 07105-0086
517654235      +E-mail/Text: nffcu@optonline.net Feb 20 2019 02:05:11     Newark Firemen Federal Credit Union,
                 PO Box 5086,    Newark, New Jersey 07105-0086
```

```
District/off: 0312-2          User: admin                Page 2 of 2                  Date Rcvd: Feb 19, 2019
                              Form ID: pdf905            Total Noticed: 45

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517574321       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 20 2019 02:23:13
                  Orion Portfolio Services LLC,   c/o PRA Receivables Management, LLC,   PO Box 41021,
                  Norfolk, VA 23541-1021
517380062        E-mail/Text: appebnmailbox@sprint.com Feb 20 2019 02:05:05      Sprint,   P.O. Box 4191,
                  Carol Stream, IL 60197
517380066       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Feb 20 2019 02:04:01
                  Verizon Wireless Bankruptcy,   Administration,   500 Technology Drive,   Suite 550,
                  Saint Charles, MO 63304-2225
                                                                                               TOTAL: 23

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517609916*     +Atlas Acquisitions LLC,    294 Union St.,    Hackensack, NJ 07601-4303
517380061     ##+Security Check,    2612 Jackson Ave W,    Oxford, MS 38655-5405
                                                                                   TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2019                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 15, 2019 at the address(es) listed below:
              Charles M. Forman    cforman@formanlaw.com,    lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of Trustee Charles M. Forman cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              Denise E. Carlon    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC
               kmcdonald@blankrome.com,    bkgroup@kmllawgroup.com
              Michelle Labayen    on behalf of Debtor Nicole  Davis michelle@labayenlaw.com,
               benitezgiovanna@gmail.com
              Neal M. Ruben    on behalf of Creditor    Newark Firemen Federal Credit Union rubes13@aol.com
              Phillip Andrew Raymond    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC
               phillip.raymond@mccalla.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 8
```